1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 KHALED YUSUF HAMADE,                    )
                                           )  No. C 07-1271 MHP
13                 Plaintiff,              )
                                           )
14        v.                               )
                                           )  **STIPULATION TO EXTEND DATE OF**
15 ALBERTO R. GONZALES, United States      )  **CASE MANAGEMENT CONFERENCE;**
   Attorney General;                       )  **AND [PROPOSED] ORDER**
16 MICHAEL CHERTOFF, Secretary,            )
   Department of Homeland Security;        )
17 EMILIO T. GONZALES, Director, U.S.      )
   Citizenship and Immigration Services;   )
18 DAVID N. STILL, District Director,      )
   San Francisco, U.S. Citizenship and Immigration )
19 Services;                               )
   ROBERT S. MUELLER, III, Director,       )
20 Federal Bureau of Investigation,        )
                                           )
21                 Defendants.             )
   _____ )
22

23        The plaintiff, by and through his attorney of record, and defendants by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

25        1. Plaintiff filed this action on or about March 5, 2007.  The United States Attorney's Office

26 was not served until May 29, 2007.

27        2. Pursuant to this Court's March 5, 2007 Order Setting the Case Management Conference, the

28 parties are required to file a joint case management statement on June 11, 2007, and attend a case

1   management conference on June 18, 2007.

2         3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this

3   case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

4   ask this Court to extend the dates in the Court's scheduling order as follows:

5   Last day to file Defendants' Answer:                    July 27, 2007

6   Last day to file Joint ADR Certification:               August 6, 2007

7   Last day to file/serve Joint Case Management Statement:  August 20, 2007

8   Case Management Conference:                             August 27, 2007, at 4:00 p.m.

9   Date: May 3 /, 2007                     Respectfully submitted,

10                                          SCOTT N. SCHOOLS
                                            United States Attorney
11

12

13                                          EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants
14

15

16  Date: May 3 /, 2007
                                            STEVEN ENGLANDER
                                            Attorney for Plaintiff
17

18                           **ORDER**

19        Pursuant to stipulation, IT IS SO ORDERED.

20
    Date:  May 31, 2007
21
                                            MARILYN HALL PATEL
                                            United States District Judge
22

23

24

25

26

27

28

Stip. to Extend
C07-1271 MHP                            2

IT IS SO ORDERED

Judge Marilyn H. Patel

TOTAL P.03