SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KHALED YUSUF HAMADE, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, United States Attorney General; <br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; <br> EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services; <br> DAVID N. STILL, District Director, San Francisco, U.S. Citizenship and Immigration Services; <br> ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-1271 MHP <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-1271 MHP                                                          1

```
 1  Date: July 11, 2007                    Respectfully submitted,
 2                                         SCOTT N. SCHOOLS
                                           United States Attorney
 3
 4
 5                                         EDWARD A. OLSEN
                                           Assistant United States Attorney
 6                                         Attorneys for Defendants
 7
 8  Date: July 9, 2007
                                           STEVEN ENGLANDER
 9                                         Attorney for Plaintiff
10                                 ORDER
11
       Pursuant to stipulation, IT IS SO ORDERED.
12
13  Date:  July 10, 2007
14                                         MARILYN H. PATEL
                                           United States District Judge
```

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Dismiss
C07-1271 MHP                              2